**STATE of Missouri, Respondent,**

v.

**Carlos SARMIENTO, Appellant.**

**No. WD 73267.**

Missouri Court of Appeals, Western District.

May 1, 2012.

Laura Grether Martin, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, ALOK AHUJA and GARY D. WITT, Judges.

ORDER

PER CURIAM.

Carlos Sarmiento appeals his conviction for first-degree murder and armed criminal action. He contends the State failed to prove each element of the first-degree murder charge beyond a reasonable doubt. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).